381 A.2d 915

United Services Automobile Association v.
Rhyne, Appellant.

Argued September 14, 1977. Rosalie Simmonds,
with her Walter Thomas, for appellant; No appearance
entered nor brief submitted for appellee.

Order affirmed.

381 A.2d 916

Vernon D. Cox & Company, Inc. v. The Dice Co.,
Inc., Appellant.

Argued September 14, 1977. William F. Schroe-
der, with him Stuckert, Yates & Krewson, for appellant;
George C. Brady, III, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or
decision of this case.